**Christopher L. HARRIS, Petitioner–Appellant,**

v.

**Karen F. HOGSTEN, Warden, Respondent–Appellee.**

**No. 13–7876.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2014.

Decided: April 1, 2014.

Christopher L. Harris, Appellant Pro Se.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher L. Harris, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Harris v. Hogsten,* No. 1:13–cv–11595, 2013 WL 6008496 (S.D.W.Va. Nov. 13, 2013). We deny Harris' motion for an injunction in which he seeks immediate release from prison. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*